# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:12CR518 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| AARON D. JOHNSON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on November 27, 2017. The Court referred this matter to Magistrate Judge Kathleen B. Burke to conduct appropriate proceedings and to file a report and recommendation. The magistrate judge reported that a supervised release violation hearing was held on December 5, 2017. The defendant admitted to the following violation: Failure to Comply with Substance Abuse Treatment.

The magistrate judge filed a report and recommendation on December 6, 2017, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervision.

A final supervised release violation hearing was conducted on December 19, 2017. Defendant Aaron Johnson was present and represented by Attorney Donald Hicks. The United States was represented by Assistant United States Attorney Margaret Sweeney. United States Probation Officer Donald Stranathan was also present at the hearing.

Both counsel waived the 14-day period to object to the report and recommendation and stated that there were no objections to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

IT IS ORDERED that in addition to the terms and conditions previously imposed, the defendant's term of supervised release shall continue and is modified as follows:

1. Defendant must not use or possess alcohol;

2. The inpatient drug treatment condition imposed on June 19, 2017 is held in abeyance, and may be imposed at such time as defendant's treatment providers and supervising officer believe that inpatient treatment is necessary.

In addition, the defendant shall continue on the same terms and conditions of supervision as previously ordered.

**IT IS SO ORDERED**.

Dated: December 19, 2017

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**